**No. 63235.**—Robert M. Fredricks Corporation v. United States, protest 58/10578 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63236.**—Judson Sheldon International and National Carloading Corporation v. United States, protest 58/21396 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63237.**—Yorkminster Co. v. United States, protest 58/24669 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63238.**—Lang & Marshall Company, Inc. v. United States, protest 58/25220 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

BEFORE THE FIRST DIVISION, JULY 8, 1959

**No. 63239.**—J. E. Bernard & Company, Inc. v. United States, protest 326208–K/9399 (Chicago).

Opinion by OLIVER, C. J. In accordance with oral stipulation of counsel that the merchandise consists of articles having as an essential feature an electrical element or device, in chief value of metal, the claim of the plaintiff was sustained.